UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

KEVIN SCHEUNEMANN

       Plaintiff,

      v.                                  Case No. 11 CV 00351

PHILLIPS & COHEN ASSOCIATES        Hon. J.P. Stadtmueller

       Defendant.

_____

## RULE 26(f) REPORT OF PARTIES
_____

    1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on <u>May 4, 2011</u>, and was attended by:

<u>Kevin Scheunemann</u>, pro se

<u>Scott Thomas</u>, counsel for defendant <u>Philipps & Cohen Associates, Ltd.</u>

    2. The parties:

____    have provided the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1), including a medical package (if applicable).

 X    will exchange such disclosures by <u>May 18, 2011</u>.

____    are exempt from disclosure under Fed. R. Civ. P. 26(a)(1)(E).

    3. The parties:

____    unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

 X    do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

____ unanimously give contingent consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), <u>for trial purposes only</u>, in the event that the assigned District Judge is unavailable on the date set for trial (e.g., because of other trial settings, civil or criminal).

4. Recommended cut-off date for filing of motions directed to the pleadings:

   <u>Pursuant to the Federal Rules of Civil Procedure</u>.

5. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: <u>July 1, 2011</u>.

6. Recommended discovery plan:

   a. Describe the subjects on which discovery is to be sought and the nature, extent and scope of discovery that each party needs to: (1) make a settlement evaluation, (2) prepare for case dispositive motions and (3) prepare for trial:

      <u>Plaintiff --</u>

      <u>Defendant -- Defendant anticipates conducting discovery on the following subjects, including but not limited to: Plaintiff's alleged damages; all documents and communications supporting Plaintiff's allegations; and all documents and communications supporting Defendant's defenses.</u>

   b. What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules of this Court, including the limitations to 25 interrogatories/requests for admissions and the limitation of 10 depositions, each lasting no more than one day consisting of seven (7) hours?

      <u>None</u>.

   c. Additional recommended limitations on discovery:

      <u>None</u>.

   d. Recommended date for disclosure of lay witnesses.

      <u>September 1, 2011</u>.

   e. Describe the areas in which expert testimony is expected and indicate whether

2

Case 2:11-cv-00351-JPS   Filed 05/04/11   Page 2 of 4   Document 7

each expert has been or will be specifically retained within the meaning of Fed. R. Civ. P. 26(a)(2).

<u>Parties do not anticipate calling any expert witnesses in this case</u>.

f. Recommended date for making primary expert designations: <u>N/A</u>.

g. Recommended date for making rebuttal expert designations: <u>N/A</u>.

h. The case presents the following issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:

<u>The parties do not anticipate any issues relating to electronic discovery or discovery of electronically stored information.</u>

i. Recommended discovery cut-off date: <u>November 1, 2011</u>.

7. Recommended motion for arbitration date: <u>June 30, 2011</u>.

8. Recommended dispositive motion date: <u>February 1, 2012</u>.

9. Recommended date for status conference (if any): <u>None</u>.

10. Suggestions as to type and timing of efforts at Alternative Dispute Resolution:

11. Recommended date for a final pretrial conference: <u>March 15, 2012</u>.

12. Has a settlement demand been made? <u>Yes</u>. A response? <u>Yes</u>.

    Date by which a settlement demand can be made: <u>N/A; demands already made</u>.

    Date by which a response can be made: <u>N/A; response already made.</u>

13. Other matters pertinent to scheduling or management of this litigation:

    <u>None</u>.

Dated this 4th day of May, 2011

                                      **THOMAS & ASSOCIATES**

                                      Scott G. Thomas
                                      State Bar No. 1004014
                                      Attorneys for Defendant
                                      Phillips & Cohen Associates, Ltd.

*P.O. ADDRESS:*

14355 West Meadowshire Court
New Berlin, Wisconsin 53151
TEL:   262-641-5736
FAX:   866-794-4702
Email: scott.thomas@chartisinsurance.com


                                    By: /s/ Kevin Scheunemann
                                    Kevin Scheunemann
                                    210 Dream Catcher Drive
                                    Kewaskum, WI 53040
                                    Pro Se