Scott G. Thomas*
James P. Hynes*
Brian D. Hahn*‡

*Also admitted in Illinois
‡ Also admitted in Indiana

# THOMAS & ASSOCIATES

*Attorneys at Law*
14355 West Meadowshire Court
New Berlin, Wisconsin  53151
Telephone: (262) 641-5736
Facsimile: (866) 794-4702

**Chicago Office**
300 South Riverside Plaza
Suite 2330
Chicago, Illinois  60606
Telephone: (312) 930-5500
Facsimile: (866) 794-4702

May 9, 2011

*VIA ECF*

Hon. J.P. Stadtmueller
US District Court of Wisconsin, Eastern District
362 United States District Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE:   Case Name:   ***Scheunemann v. Phillips & Cohen Associates***
      Court No.:    11-CV-00351

Dear Judge Stadtmueller,

   Attached, please find a Scheduling Order that I revised pursuant to the scheduling conference held on May 5, 2011.  The plaintiff, Mr. Scheunemann has reviewed it and found it acceptable.  If satisfactory, please enter the order.

   Thank you for your consideration in this matter.

                    Very truly yours,

                    **THOMAS & ASSOCIATES**

                    Scott G. Thomas
                    Direct Line: 312-756-4140
                    Email: scott.thomas@chartisinsurance.com

SGT:rg
Enclosure
cc:   Kevin Scheunemann (*via electronic mail*)
      Nicole Barrett (*via email*)