Kevin Scheunemann
210 Dream Catcher Dr.
Kewaskum, WI 53040



7/8/11

FEDERAL COURT-WI EASTERN DISTRICT
OFFICE OF THE CLERK FOR:
Hon. J P Stadtmueller
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re:  Case # 11-CV00351; USDC, ED of WI
(Scheunemann vs. Phillips and Cohen Associates)

Hon. J P Stadtmueller;

Please dismiss this case with prejudice.  The parties have worked out a satisfactory settlement agreement

Should you have questions please call Kevin Scheunemann on his cell phone at 262-339-5425.

Thank you,

Kevin Scheunemann