# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

KEVIN SCHEUNEMANN,

               Plaintiff,

    v.                                    Case No. 11-CV-351

PHILLIPS & COHEN ASSOCIATES,

               Defendant.

_____

## ORDER

On July 11, 2011, plaintiff submitted a letter requesting that the court dismiss this action with prejudice in light of the parties' settlement of the matter. (Docket #12). Pursuant to the plaintiff's request and Federal Rule of Civil Procedure 41(a)(2), the court will dismiss this action with prejudice.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** without further notice and without costs to either party.

Dated at Milwaukee, Wisconsin, this 18th day of July, 2011.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge